# Court of Appeals
# of the State of Georgia

ATLANTA,  April 26, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0046.  THE STATE v.  RONALD ARLINE.**

The State of Georgia moves, pursuant to Court of Appeals Rule 40 (b), for an emergency stay of all proceedings in the trial court pending resolution of its appeal in this matter.  Under our Rule 40 (b), this Court may exercise its inherent power as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot.

The State shows that Ronald Arline was found guilty by a Dougherty County jury of rape, aggravated child molestation, and child molestation in 2014.  The trial court granted Arline's motion for a new trial in an order filed March 13, 2017, and, the State represents, it has filed a timely notice of appeal from that order.

The State contends that the trial court "demonstrated an intent to act beyond its authority and jurisdiction" by considering the grant of bond to Arline.  As of the time of this emergency motion, the trial court has not ruled on the issue of Arline's bond.  Thus, any decision by the trial court remains a matter of speculation.  Further, the State does not show that the trial court has no jurisdiction to consider the matter of Arline's bond. The State has not cited to any legal authority in support of its motion, and, in particular, has failed to address OCGA § 5-7-5 (providing, in applicable part, that "[i]n the event the state files an appeal as authorized in this chapter, the accused shall be entitled to be released on reasonable bail pending the disposition of the appeal, except in those cases punishable by death."). Nor does the State show why a stay of proceedings is necessary to preserve this Court's jurisdiction over its appeal.

The State has not established that the requirements for a Rule 40 (b) motion

have been met. Accordingly, the State's motion is DENIED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* _04/26/2017_
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*